# AARONSON RAPPAPORT
Aaronson Rappaport Feinstein & Deutsch, LLP

Peter J. Fazio
(212) 593-5458
pjfazio@arfdlaw.com

July 15, 2020

**VIA ECF**

United States District Court for
The Southern District of New York
40 Foley Square, Room
2203 New York, NY 10007
Attention: The Honorable Judge Ronnie Abrams

Re:  Gio Pizzeria & Bar Hospitality, LLC, et al v. Certain Underwriters at Lloyd's, et al;
Civil No.:              20-cv-03107
Related Case:      20-cv-03905
Our File No:   960.001

Dear Judge Abrams:

Our office represents the defendant, Certain Underwriters at Lloyd's, London Subscribing to Policy Numbers ARP-74910-20 and ARP-75209-20 ("Lloyd's" in the above-entitled action.

Please permit this correspondence to serve as a joint request to adjourn both the filing of the joint submission letter with case management plan and scheduling order currently due July 17, 2020, as well as the initial status conference scheduled for July 24, 2020. This is the first request to adjourn the joint submission and initial status conference. Plaintiffs' consent to said request.

This matter pertains to an alleged putative class action, wherein the named Plaintiffs are two Southern Florida companies, which seek insurance coverage under two commercial property policies for alleged loss of business income related to their businesses in Southern Florida. Lloyd's executed a Waiver of Service of Summons dated *April 23, 2020*. Lloyd's response to the Complaint is currently due July 30, 2020.

Counsel for the Parties have conferred and discussed that Lloyd's will be filing a pre-answer motion and the Plaintiffs are contemplating filing an amended complaint. Therefore, the parties request that the initial conference be adjourned until September 1, 2020.

United States District Court, Southern District of New York
Attention:  The Honorable Judge Ronnie Abrams
July 15, 2020
Re: Gio Pizzeria & Bar Hospitality, LLC, et al v. Certain Underwriters at Lloyd's, et al;
Civil No.: 20-cv-3107


Thank you for your consideration.

Very truly yours,

AARONSON RAPPAPORT FEINSTEIN & DEUTSCH, LLP

PETER J. FAZIO /s/

Peter J. Fazio


Cc: All Parties Via ECF


    Application granted. The initial conference is hereby adjourned to September 4, 2020 at 10 AM. The parties shall file the joint letter and proposed case management plan and scheduling order no later than August 28, 2020.

    SO ORDERED.

                              Hon. Ronnie Abrams
                              7/16/2020